# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAMON WOODSON,                          : No. 23 WM 2015
:
                    Petitioner          :
:
:
:
            v.                          :
:
:
:
ALLEGHENY COUNTY COMMON                 :
PLEAS COURT,                            :
:
                    Respondent          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.